Earnest Daise #287516
T.R.C.I 8B-125
100-200 Prison Rd
Enoree, SC 29335

RECEIVED
JAN 27 2026
TYGER RIVER MAILROOM

Clerk of Court
US District Court
P.O. Box 2317
Florence, SC 29503

